1  David M. Neff, IL Bar No. 6190202
(*pro hac vice to follow*)
2  DNeff@perkinscoie.com
Amir Gamliel, CA Bar No. 268121
3  AGamliel@perkinscoie.com
PERKINS COIE LLP
4  1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
5  Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Secured Creditor
Wilmington Trust, National Association, as Trustee,
for the benefit of the Holders of COMM 2016-DC2
Mortgage Trust Commercial Mortgage Pass
Through Certificates, Series 2016-DC2

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br><br>Cinema Square, LLC,<br><br>　　　　　Debtor. | Case No.  9:21-BK-10634-DS<br><br>Chapter: 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

　　　　PLEASE TAKE NOTICE that secured creditor Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of COMM 2016-DC2 Mortgage Trust Commercial Mortgage Pass Through Certificates, Series 2016-DC2 ("*Wilmington Trust*") hereby appears and under, *inter alia*, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon counsel for Wilmington Trust in the above-referenced case:

　　　　　　David M. Neff, Ill. Bar. No. 6190202
　　　　　　DNeff@perkinscoie.com

| | |
|---|---|
| 1 | Amir Gamliel, Cal. Bar No. 268121 |
| 2 | AGamliel@perkinscoie.com |
| | PERKINS COIE LLP |
| 3 | 1888 Century Park East, Suite 1700 |
| | Los Angeles, CA 90067 |
| 4 | Telephone: 310.788.9900 |
| | Facsimile: 310.788.3399 |

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Wilmington Trust, with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by Wilmington Trust.

PLEASE TAKE FURTHER NOTICE that Wilmington Trust intends that neither this Entry of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) Wilmington Trust's right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) Wilmington Trust's right to trial by jury in any proceeding so triable in this case or any case, (3) Wilmington Trust's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust is or may be entitled under agreements, in law or in equity, all

/ / /

/ / /

of which rights, claims, actions, defenses, setoffs, and recoupments Wilmington Trust expressly reserves, and (5) Wilmington Trust's rights to dismiss or convert the within case.

DATED: June 14, 2021

**PERKINS COIE LLP**

By: /s/ Amir Gamliel
    Amir Gamliel, Bar No. 268121
    AGamliel@perkinscoie.com

Attorneys for Secured Creditor Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of COMM 2016-DC2 Mortgage Trust Commercial Mortgage Pass Through Certificates, Series 2016-DC2

**PROOF OF SERVICE**

I, Jenna DeRosier, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721.

On June 14, 2021, I served a copy of the within document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] By Federal Express, I caused said document to be delivered for overnight/next business day to the office(s) at the address(es) set forth below.

Debtor:
Cinema Square, LLC
4656 Vintage Ranch Lane
Santa Barbara, CA 93110

Attorney for Debtor:
William C. Beall
Beall & Burkhardt, APC
1114 State Street, Suit 200
Santa Barbara, CA 93101-6722

U.S. Trustee:
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

-4-    Notice of Appearance and Request for Special Notice

152789283.1

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 14, 2021 at Los Angeles, California.

*Jenna DeRosier*
Jenna DeRosier

-5-    Notice of Appearance and Request for Special Notice

152789283.1