**BEALL & BURKHARDT, APC**
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
CARISSA N. HOROWITZ, STATE BAR NO. 274814
SUITE 200, LA ARCADA BUILDING
1114 STATE STREET
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774; (805) 963-5988

Attorneys for Debtor, Cinema Square, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>Cinema Square, LLC<br><br>　　　　　　　　　　　　Debtor. | Bankruptcy No. 9:21-bk-10634<br><br>Chapter 11<br><br>**DECLARATION RE SERVICE OF NOTICE OF HEARING ON MOTION TO USE CASH COLLATERAL** |

Beall & Burkhardt, APC, Counsel for the Debtor, Cinema Square, LLC, submits the declaration of Carissa N. Horowitz regarding telephonic notice of the hearing on shortened notice for the Debtor's motion to use cash collateral pursuant to the Order dated June 15, 2021, granting its application for order and setting a hearing on shortened notice (the "Order").

Dated:    6/16/2021                    BEALL & BURKHARDT, APC


By:_____
　　Carissa N. Horowitz, Attorneys for Beall &
　　Burkhardt, APC

1

## DECLARATION OF CARISSA N. HOROWITZ

I, Carissa N. Horowitz, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. Each of the matters set forth below is stated of my personal knowledge, and if called as a witness I could competently testify to each of them.

2. The Debtor's Motion to Use Cash Collateral and Application for Order of Hearing on Shortened Notice was filed on June 14, 2021.

3. On June 15, 2021, the Court filed an Order granting the application and set the hearing on shortened notice for June 22, 2021, at 11:30 am. Among other service requirements, the Order required telephonic notice of the hearing on all the creditors and US Trustee.

4. On June 15, 2021, I telephoned the following creditors and informed them of the hearing date on the Debtor's Motion for Use Collateral:

   *a.* Jesse Perez of Damitz, Brooks, Nightingale, Turner;

   *b.* Mr. Fiveson of Butler, Fitzgerald, Fiveson;

   *c.* Voice mail in general mailbox for SLO Sun Energy, LREs Corp., H.E. Inc./ Pacifica Commercial Realty (these are the same entity or have the same number and office address), US Small Business Administration (at the District Office), LRES Corp. and MBS;

   d. Voice mail in the mailbox of Mark Birnbaum of Mark Birnbaum Perkins Coie, LLP for Jeffries Loancore, LLC;

   e. Voice mail in mailbox of Tom Jess of Arris Architects;

   f. Voice mail in the mailbox of Brian Fittipaldi for the US Trustee's Office; and

   *g.* See declaration of William Beall for telephonic notice to Rogers, Sheffield & Campbell, LLC.

2

//

//

I declare the foregoing to be true under penalty of perjury.


Date: __June 16, 2021__                          _____
                                                  Carissa N. Horowitz

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*): _____**DECLARATION RE SERVICE OF NOTICE OF HEARING ON MOTION TO USE CASH COLLATERAL**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____**June 16, 2021**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**     will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Brian D Fittipaldi**     brian.fittipaldi@usdoj.gov
- **Amir Gamliel**     amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2021 | Carissa N. Horowitz | /s/ Carissa N. Horowitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**