BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>Cinema Square, LLC,<br><br>　　　　　　　　　Debtor. | Bk. No. 9:21-bk-10634-DS<br>Chapter 11<br><br>**DECLARATION OF WILLIAM C. BEALL RE SERVICE**<br><br>Date: June 22, 2021<br>Time: 11:30 a.m.<br>Place: 1415 State Street<br>　　　Courtroom 201<br>　　　Santa Barbara, CA 93101<br>　　　And via zoom.gov |

I, William C. Beall, declare and state as follows:

1.　I am an attorney at law licensed in the State of California, duly admitted to practice in the Central District of California and in the above-entitled court and am a partner of the law firm of Beall & Burkhardt, APC, the firm which the debtors desire to represent them in the above-entitled case. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2.　The Court required certain service to be made of documents concerning the Debtor's Motion for Use of Cash Collateral. I personally provided some of the service required.

1

3. On June 15, 2021, I provided e-mail notification of the hearing, which attached the full Motion for use of cash collateral (Docket 4), the Order setting the hearing (Docket 6), and the Notice of hearing (Docket 8) to the following e-mail addresses:

Jesse C. Perez jperez@DBNTM.com (representative of Damitz, Brooks, Nightingale & Turner);

Mike Brelje mike@rogerssheffield.com (representative of Rogers, Sheffield & Campbell);

jacob@slosunenergy.com (representative of SLO Sun Energy);

dfiveson@bffmlaw.com (representative of Butler, Fitzgerald, Fiveson);

disastercustomerservice@sba.gov (U.S. Small Business Administration);

amir-gamliel-9554@ecf.pacerpro.com (Counsel for Wilmington Trust, etc.).

4. Later the same day, I spoke on the phone to Michael Brelje, at attorney at Rogers, Sheffield & Campbell about the hearing.

5. Although the United States Trustee does not typically accept e-mail service, I spoke to Brian Fittipaldi, Senior Trial Attorney for the OUST and he agreed to accept service by e-mail. I then sent him the documents referenced in paragraph 3 above.

6. I have since spoken to Amir Gamliel, counsel for Wilmington Trust, etc. and he is aware of the hearing.

7. I have also spoken to Elan Levey, the Assistant United States Attorney assigned to representation of the U. S. Small Business Administration ("SBA"). She is aware of the hearing, and since the SBA asserts a secured interest in personal property, requests that any Order provide the SBA with a replacement lien, with the same validity, extent, and priority in the same sorts of assets it currently holds. As this maintains the status quo, the Debtor has no objection, and I have informed her that I will seek such an addition to the Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2021

_William C. Beall_
William C. Beall

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):

### DECLARATION OF WILLIAM C. BEALL RE SERVICE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/17/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com (Counsel for Debtor)
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov (Counsel for US Trustee)
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com (Counsel for secured creditor Wilmington Trust etc.)
- Carissa N Horowitz    carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com (Counsel for Debtor)
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov (US Trustee)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 6/16/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/17/2021 | William C. Beall | /s/ William C. Beall |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE