BEALL & BURKHARDT, APC
WILLIAM C. BEALL, STATE BAR NO. 97100
ERIC W. BURKHARDT, STATE BAR NO. 132812
1114 STATE STREET
LA ARCADA BUILDING, SUITE 200
SANTA BARBARA, CALIFORNIA, 93101
(805) 966-6774, FAX (805) 963-5988

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re

Cinema Square, LLC

                Debtor.

)
)
)
)
)
)
)
)

Bk. No. 9:21-bk-10634-DS
Chapter 11

APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY REAL ESTATE BROKER; DECLARATION OF BROKER

No Hearing Set

TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE:

The Application of Cinema Square, LLC, debtor and debtor-in-possession, respectfully represents that:

1.    These proceedings were commenced by the filing of a Voluntary Petition under Chapter 11 of the *Bankruptcy Code* on June 14, 2021.

2.    No trustee has been appointed by the court and applicant has remained as debtor-in-possession.

3.    Applicant wishes to employ Pacifica Commercial Realty to represent it in this case for such fees as may be awarded upon application to this court and notice to creditors, as provided for in

1

§330 and §331 of the *Bankruptcy Code*. Pacifica Commercial Realty expects that the eventual compensation to be approved will be based upon a combination of factors, including but not necessarily limited to its customary fees, the fees in the attached contract, the results achieved, and awards in similar cases.

4. The employment of Pacifica Commercial Realty will be for leasing some of the Debtor's space.

5. The Debtor has entered into an Exclusive Right to Lease Listing Agreement, a true and correct copy of which is attached hereto as Exhibit A. It provides for a commission of 6% of the base rent paid in the first five years of a new lease, plus 3% of the base rent thereafter.

6. Pacifica Commercial Realty is a disinterested person as defined in 11 U.S.C. §101(13), and has no interest adverse to the estate, except that it holds a small claim for pre-petition services. Pacifica Commercial Realty is willing to serve as applicant's leasing broker upon the above-stated terms and conditions.

6. No retainer has been paid to Pacifica Commercial Realty in this case.

WHEREFORE, applicant prays that this court enter its order employing Pacifica Commercial Realty as applicant's broker in this Chapter 11 case.

Respectfully Submitted,

Dated: Aug. 12, 2021

Cinema Square, LLC, Debtor, by Jeffrey C. Nelson, President

## DECLARATION OF NEWLIN HASTINGS

I, Newlin Hastings, declare and state as follows:

1. I am a broker employed Pacifica Commercial Realty. Each of the matters set forth below is stated of my own personal knowledge and if called as a witness, I could competently testify to each of them.

2. Pacifica Commercial Realty is the broker that the debtor-in-possession desires to represent it in the above-entitled case, and an application for its appointment is being presented herewith.

3. Pacifica Commercial Realty is willing to accept as compensation such amount as may hereinafter be allowed by this court. Pacifica Commercial Realty will seek the commission set forth in the Exclusive Right to Lease Listing Agreement, a true and correct copy of which is attached hereto as Exhibit A.

4. Pacifica Commercial Realty agree to comply with United States Trustee Chapter 11 Guidelines.

5. To the best of my knowledge, Pacifica Commercial Realty is not connected with the creditors, insiders, related entities, or any other party in interest or their respective attorneys except that it holds a small claim for pre-petition services. Pacifica Commercial Realty has no plans to represent such entities in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug 11, 2021

_____
Newlin Hastings

3

# PACIFICA
## COMMERCIAL REALTY

Commercial & Investment Real Estate

**EXCLUSIVE RIGHT TO LEASE**
**LISTING AGREEMENT**

April 15, 2021

In consideration of the services to be rendered by **PACIFICA COMMERCIAL REALTY** (hereinafter called "Broker") and its agreement to use its best efforts to effect a lease(s) of the Property described below, **Cinema Square, LLC** (hereinafter called "Owner") hereby grants to Broker the exclusive right to negotiate a lease(s) of said Property for a period commencing **6/2/2020** and ending at midnight, **12/31/2021**. The Property is situated in **Atascadero**, County of San Luis Obispo, State of California, and is located at **6971 El Camino Real, Suites A, C,D,H and J/K**. The Property is further described as follows:

- Suite A: A retail space that is improved as a nail salon that is +/- 1,632 SF
- Suite C: A retail space that was a former Subway that is +/- 1,251 SF
- Suite D: A retail space that is +/- 1,137 SF
- Suite H: A retail space improved for a food use that is +/- 1,245 SF
- Suite J/K: A retail space that is in shell condition that is +/- 1,593 SF

The terms and conditions of said lease shall be as follows:

• The Lease Rate shall be: Suite **A**: $ **1.95** NNN PSF, Suite **C**: $ **2.20** NNN PSF, Suite **D**: $**2.25** NNN, Sutie **H**: **$2.75** NNN, Suite **J/K**:$ **no posted rent; see below as to it being utilized in Owner negotiations with Galaxy Theatre** NNN PSF and the combined units of **A,C&D**: $2.25 NNN

- The Lease Term shall be: to be determined, or Term acceptable to Owner
- The Lease Type shall be: AIR Commercial Real Estate Association or Owner's equivalent.

**Notice: The amount or rate of real estate commissions is not fixed by law. They are set by each Broker individually and may be negotiable between Owner and broker (real estate commissions include all compensation and fees to Broker). The commission shall be split with a Tenant representative as per industry standards if an outside Broker represents a Tenant.**

The Owner agrees to pay Broker a commission, in accordance with Broker's SCHEDULE OF LEASE COMMISSIONS, a copy of which is attached hereto, for services rendered if: (1) Said Property is leased to a tenant whether procured by Broker or by or through anyone else prior to the expiration of this Agreement or any extension thereof; or (2) If within thirty (30) days after the expiration of this Agreement or any extension thereof said Property is leased or negotiations commence and continue leading to the consummation of a lease to any person or entity with whom Broker has negotiated or to whom said property has been submitted by Broker prior to such expiration in an effort to effect a lease(s) of said Property and whose name appears on any list of such persons or entities which Broker shall have e-mailed to the Owner at the e mail address stated below at any time within ten (10) working days immediately following such expiration.

The Owner agrees to cooperate with Broker in effecting a lease(s) of the Property and to refer to Broker all inquiries from any party interested in the Property. All negotiations are to be through Broker and Broker is authorized to accept a deposit from any prospective tenant, to advertise the Property, and to place signage on the Property, but as approved by Owner. Only signs on spaces to be leased are permitted not a wood or exterior sign for the greater property as the greater property is not being leased.
Broker shall provide a list of target Tenats within 15 days of the date this Agreement is executed and update Jeffrey Nelson of Owner ever two weeks on marketing efforts and status.

Upon request of the Owner, PACIFICA COMMERCIAL REALTY will make available to Owner for use in respect to the subject property PACIFICA COMMERCIAL REALTY'S standard lease forms. Owner acknowledges that PACIFICA COMMERCIAL REALTY is not offering legal advice or legal services in

*504 First Street, Suite A*
*Paso Robles, California 93446*
*Telephone: 805.237.4040  Fax: 805.237.4041*



Exhibit A - Page 4

DocuSign Envelope ID: A993F40F-634F-441E-B0B4-CDDF89AA050A



**PACIFICA**
COMMERCIAL REALTY

Commercial & Investment Real Estate

furnishing such forms. Owner shall seek advice of his own legal counsel as to interpretation of said lease forms and whether use of said lease forms is in Owner's best interests.

**EXCLUSION:** Galaxy Theatre is an existing Tenant. Should Galaxy Theatre choose to lease any additional space at the Property the Owner shall be responsible in handling all negotiations and paperwork associated with the lease transaction and the Broker will not be entitled to any commission due regarding the lease between Galaxy Theatre and the Owner. Owner intends to utilize spaces J/K in negotiations with Galaxy theatre as to future use and does not want a low lease rate associated with it. It can be one or two spaces, J & K.

No amendments or alterations in the terms hereof or withdrawal of this Agreement shall be valid or binding unless made in writing and signed by both the Owner and Broker. Further, the Owner hereby acknowledges receipt of a copy of this EXCLUSIVE RIGHT TO LEASE LISTING AGREEMENT and the attached SCHEDULE OF LEASE COMMISSIONS.

Accepted:                                              Accepted:

Pacifica Commercial Realty                             Cinema Square, LLC

By: *Newlin Hastings*  4/15/2021                       By: *Jeff Nelson*  4/15/2021
                        Date                                                    Date

Newlin Hastings - Broker                               Jeffrey C. Nelson


**SCHEDULE OF LEASE COMMISSIONS**

EXCLUSIVE RIGHT TO LEASE LISTING AGREEMENT dated April 15, 2021
Add property address


**A. Leases**
　　On all leases of real property, the commission shall be:*
　　　　6% of the total minimum monthly rent ("base rent") paid for the 1st five years, plus
　　　　3% of the total minimum monthly rent ("base rent") paid beyond five years;

　　*Provided the minimum commission payable under this agreement shall be equal to one month's rent.

　　1.  *Payment of Lease Commissions*:
Commissions shall be due and payable on receipt of funds by Owner from Tenant sufficient to pay the Commission obligation, following execution of a lease by the Owner and the Tenant.

　　2.  *Month-to-Month Tenancy*:
The commission in this instance shall be the equivalent of ¾ of one (1) month's rent at the beginning of each year's occupancy.

　　3.  *Extension of Lease or Additional Space Taken*:
If the term of the lease is extended, or if the Tenant occupies additional space, then a leasing commission shall be paid at the time their term is extended or additional space is occupied. The leasing commission shall be computed in accordance with the provisions of this Schedule and by using the rates applicable as if the initial term of the lease had included the extension period or the premises initially leased had included the additional space.

*504 First Street, Suite A*
*Paso Robles, California 93446*
*Telephone: 805.237.4040  Fax: 805.237.4041*

Exhibit A - Page 5


COMMERCIAL REALTY

Commercial & Investment Real Estate

4. *Purchase of Property by Tenant. (N/A)*

In the event the Owner fails to make payments within thirty (30) days of the payment being due, then from the date due until paid, the delinquent payments shall bear interest at the maximum legal rate in the State of California.

The provisions hereof are subject to the terms and provisions of any Listing Agreement to which this schedule may be attached and which is executed by the parties hereto. The Owner agrees that it shall be binding upon the heirs, successors, and assigns of the Owner. The term "Owner" when used herein shall be deemed to mean the Owner of the property or Sublessor in the event of a sublease.

*Initial:*                                          *Initial:*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1114 State Street, Suite 200, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled (*specify*):

### APPLICATION OF DEBTORS AND DEBTORS-IN-POSSESSION TO REAL ESTATE BROKER

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/12/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com (Counsel for Debtor)
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov (Counsel for US Trustee)
- **Amir Gamliel**   amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com (Counsel for secured creditor Wilmington Trust etc.)
- Carissa N Horowitz   carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com (Counsel for Debtor)
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov (US Trustee)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/12/2021 | William C. Beall | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-3.1.PROOF.SERVICE**