**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
   hrafatjoo@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:    310.440.4100
Facsimile:    310.691.1367

Attorneys for Galaxy Theatres Atascadero LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CINEMA SQUARE, LLC,<br><br>    Debtor. | Case No. 9:21-bk-10634-DS<br><br>Chapter 11<br><br>**LIMITED OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING CHAPTER 11 PLAN; AND DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF**<br><br>Date:    October 12, 2021<br>Time:    11:30 a.m.<br>Place:    Courtroom 201<br>         1415 State Street<br>         Santa Barbara, CA 93101<br>         Via Zoom.gov |

Galaxy Theatres Atascadero LLC ("GTA"), by and through its counsel, hereby files this limited opposition (the "Opposition") to the Motion to Extend Exclusivity Period for Filing of Chapter 11 Plan (the "Motion") [Dkt. No. 57] filed by Cinema Square, LLC (the "Debtor"), and respectfully represents that only a short extension of exclusivity should be provided.

Since prior to the June 14, 2021 petition date (the "Petition Date"), GTA has sought to engage the Debtor in discussions regarding a lease modification.  After the Petition Date, GTA continuously tried to engage with the Debtor and its lender to address issues regarding a lease modification.  It was not until the proverbial eleventh hour that the Debtor, on the eve of the August 24, 2021 Status Conference that the Debtor entered into a short-term lease modification with GTA (the "Lease Amendment").

1

2938884.1

At the August 24, 2021 Status Conference, the Debtor raised the issue of mediation between the Debtor, its lender and GTA. The Debtor and GTA agreed that a mediation would be beneficial. To that end and having not heard from the other parties, on September 4, 2021, counsel for GTA reached out to both counsel for the Debtor and its lender inquiring about participating in a mediation. Attached as Exhibit A to the Declaration of Hamid R. Rafatjoo is a true and correct copy of the September 4, 2021 email. To date, there has been no response to the email.

The Lease Amendment expires December 31, 2021. In order for GTA to vacate the premises, GTA needs to provide three weeks' notice to various movie studios and needs to remove signage and equipment from the premises. If the failure to respond to the September 4, 2021 email and the negotiations regarding the Lease Amendment are a template for how negotiations for a long-term lease will be managed in this case, GTA is concerned that it will be January or February 2022, well after the expiration of the Lease Amendment, before the Debtor engages in mediation. At that point, it may be too little too late as GTA would have had to take the steps necessary to vacate the premises.

For this reason, GTA requests that the Court extend exclusivity for only sixty (60) days and order the parties to mediation by a date certain.

Dated: September 22, 2021        **RAINES FELDMAN LLP**

By:  /s/ Hamid R. Rafatjoo
Hamid R. Rafatjoo
*Attorneys for Galaxy Theatres Atascadero LLC*

2

2938884.1

# DECLARATION OF HAMID R. RAFATJOO

I, Hamid R. Rafatjoo, hereby declare as follows:

1. I am an attorney duly authorized to practice before the United States Bankruptcy Court for the Central District of California. I am a Partner of Raines Feldman LLP located at 1800 Avenue of the Stars, Suite 1200, Los Angeles, California 90067, counsel of record for Galaxy Theatres Atascadero LLC ("GTA").

2. I make this declaration in support of GTA's Limited Opposition to Motion to Extend Exclusivity Period for Filing Chapter 11 Plan. I am over the age of 18 and, except as otherwise stated, have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify to the facts herein under oath.

3. Since prior to the June 14, 2021 petition date (the "Petition Date"), GTA has sought to engage the Debtor in discussions regarding a lease modification. After the Petition Date, GTA continuously tried to engage with the Debtor and its lender to address issues regarding a lease modification. It was not until the proverbial eleventh hour that the Debtor, on the eve of the August 24, 2021 Status Conference that the Debtor entered into a short-term lease modification with GTA (the "Lease Amendment").

4. At the August 24, 2021 Status Conference, the Debtor raised the issue of mediation between the Debtor, its lender and GTA. The Debtor and GTA agreed that a mediation would be beneficial. To that end and not having heard from the other parties, on September 4, 2021, I reached out to both counsel for the Debtor and its lender inquiring about participating in a mediation. Attached hereto as Exhibit A is a true and correct copy of my September 4, 2021 email. To date, there has been no response to the email.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September, 2021, at Los Angeles, California.

/s/ Hamid R. Rafatjoo
Hamid R. Rafatjoo

2938884.1

# EXHIBIT A

**From:** Hamid R. Rafatjoo
**Sent:** Saturday, September 4, 2021 9:45 AM
**To:** Will Beall <Will@beallandburkhardt.com>; Amir Gamliel <agamliel@perkinscoie.com>
**Subject:** Cinema Square

Gentlemen:

With this year blowing by and the holidays around the corner, I wanted to follow-up on the mediation proposal.

Amir, have you had a chance to talk to your client about attending a mediation?

If your client is amenable to a mediation, we recommend in person in LA.

Due to budget restrictions, we can use one of the free mediators from the panel and try to get something on calendar for October.

Please let me know your thoughts.

Best regards,
Hamid



**Hamid R. Rafatjoo** | Partner

RAINESFELDMAN

Los Angeles | Orange County | New York

o: 310-440-4100 | d: 310-424-4084

e: hrafatjoo@raineslaw.com | w: www.raineslaw.com

*Visit https://www.raineslaw.com/covid-19/ for resources and information created and curated by our COVID-19 response team.*

Confidentiality Notice: The information contained in this email and any attachment(s) to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If any recipient of this communication is not the intended recipient; unauthorized use, disclosure or copying of this email and any accompanying attachment(s) or other information contained herein is strictly prohibited, and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner.  Thank you.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
**LIMITED OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING CHAPTER 11 PLAN; AND DECLARATION OF HAMID R. RAFATJOO IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/22/2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Amir Gamliel**   amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Carissa N Horowitz**   carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/22/2021 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
2939323.1